# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-3306
_____

ROBERT E. STAHR,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Wakulla County.
James O. Shelfer, Judge.

January 11, 2018

PER CURIAM.

AFFIRMED.

LEWIS, OSTERHAUS, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Robert E. Stahr, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.